PENACHIO MALARA LLP
245 Main Street, Suite 450
White Plains, NY 10601
(914) 946-2889

Anne Penachio, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| In re | CHAPTER 11 |
| CONSTANT BETA MOTION PICTURE COMPANY, LLC, | CASE NO.: 21-41048-nhl |
| Debtor. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### AFFIRMATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

**ARKA SENGUPTA,** managing member of **CONSTANT BETA MOTION PICTURE COMPANY, LLC**, the debtor herein (the "Debtor") hereby affirms as follows:

1.  I am the managing member of the Debtor and manage its day to day operations.

2.  I submit this affirmation pursuant to Federal Rule of Bankruptcy Procedure 1007(d) and Local Bankruptcy Rule 1007-4.

3.  The Debtor has been engaged in the business of film production since or about 2014. Initially, the Debtor's focus was the production of independent documentary films.

4.  Since the COVID-19 pandemic, the Debtor's focus has changed to consulting and assisting other production companies with respect to content strategies. The shift in focus has stabilized the Debtor's revenue and it has provided it with a greater degree of repeat business and predictability.

5. The Debtor filed for bankruptcy to address liabilities that it incurred in connection with the previous business focus. The Debtor seeks to address these liabilities in the context of a Chapter 11 small business plan.

6. The Debtor's assets include 50% ownership in First To Do It, LLC, a single purpose vehicle that owns a film which has not been completed. At this stage, the film has limited if any value. The Debtor's other assets include office equipment.

7. The Debtor's liabilities consist primarily of judgment liens including the judgment of 742 Terrace Terrace, LLC.

8. No property of the Debtor is currently in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents, secured creditor or any agent for such entity.

9. The Debtor's books and records are located at my home in Brooklyn, NY.

10. A list of the Debtor's creditors will be filed with the Court.

11. A copy of the corporate resolution authorizing the filing of the Debtor's Chapter 11 proceeding will be filed with the Court.

12. I am committed to formulating a Chapter 11 plan which will enable the Debtor to continue operating.

Dated: Brooklyn, New York
April 21, 2021

_____
Arka Sengupta